*In re* OSVALDO ANTONIO VILLANUEVA DÍAZ.

*Número:* TS-2664          *Resuelto:* 21 de febrero de 2003

*Doel Quiñones Núñez,* secretario de la Comisión de Reputación para el Ejercicio de la Abogacía, en Informe; *Felipe Benicio Sánchez* y *Víctor Ramos Acevedo,* representantes del peticionario.

## RESOLUCIÓN

Examinados el Informe de la Comisión de Reputación para el Ejercicio de la Abogacía y la comparecencia del Sr. Osvaldo Villanueva Díaz, *se ordena la reinstalación inmediata de éste al ejercicio de la abogacía.*

*El Tribunal apercibe a la representación legal del peticionario Osvaldo Villanueva Díaz sobre el uso de algunas expresiones de mal gusto dirigidas a los distinguidos miembros de la Comisión de Reputación para el Ejercicio de la Abogacía.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Hernández Denton, a pesar de que está conforme con el apercibimiento que se le hace a la representación legal del peticionario, disintió de la determinación tomada por el Tribunal hoy por entender que éste debió ordenar la transcripción de los procedimientos ante la Comisión de Reputación antes de tomar una determinación final en el caso. La Juez Asociada Señora

Naveira de Rodón se inhibió. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*